# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Stephanie Alves, et al., | Case No. 2:24-cv-02122-JAD-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| Public Utilities Commission, et al., | |
| Defendants. | |

Plaintiffs submitted initiating documents to this Court but did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. ECF No. 1.

If Plaintiffs are unable to pay the filing fee in this case, then each Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiffs can pay the filing fee, they must do so.

IT IS ORDERED that the Clerk of the Court send Plaintiffs two copies of the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

IT IS FURTHER ORDERED that by December 16, 2024, Plaintiffs must either: (1) each file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $405 fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Plaintiffs are advised that failure to comply with this order may result in a recommendation that this case be dismissed. *See* Local Rule IA 11-8.

DATED this 15th day of November 2024.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE