**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Stephanie Alves, et al., | Case No. 2:24-cv-02122-JAD-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| Public Utilities Commission, et al., | |
| Defendants. | |

Before this Court are two motions by Plaintiff. First is a motion to request issuance of summonses. ECF No. 29. Next is a motion to request an update regarding PACER. ECF No. 30.

**I.      ANALYSIS**

**a.  Summonses**

This Court denies the request as this Court must first screen the amended complaints. Once the screening process is complete, this Court will determine which claims survive, which defendant(s) need to be served, and the issuance of summonses (if appropriate).

**b.  PACER**

Plaintiff also moves this Court to waive her PACER fees because she is proceeding *in forma pauperis*. ECF No. 30. But the *in forma pauperis* statute does not exempt a litigant from PACER fees. *See* 28 U.S.C. § 1915(a). And proceeding *in forma pauperis* is insufficient to establish that payment of PACER fees constitutes an unreasonable burden. *Leuhring v. Los Angeles County*, No. 2:21-cv-01426-GW-SHK, 2021 WL 4533275 (C. D. Cal. Aug. 4, 2021). Rather, the fee schedule "requires those seeking an exemption to demonstrate that an exemption is limited in scope and is necessary in order to avoid an unreasonable burden." *Electronic Public Access Fee Schedule*, United States Courts, (December 31, 2019), https://www.uscourts.gov/services-forms/fees/electronic-public-access-fee-schedule.

Here, Plaintiff failed to demonstrate that her exemption is limited in scope and necessary to avoid an unreasonable burden. Accordingly, her request is denied without prejudice. In

addition, this Court reminds Plaintiff that she is already entitled to one free electronic copy of all documents filed electronically in her case. *Id.* No fee is charged for access to judicial opinions either. *Id.* Plaintiff should endeavor to download/save these free copies so that she can refer back to them without incurring additional fees.

**II.    CONCLUSION**

**IT IS THEREFORE ORDERED** that Plaintiff's motion to request issuance of summonses (ECF No. 29) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to request an update regarding PACER (ECF No. 30) is **DENIED**.

DATED: February 2, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE